UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA

-against-

Winston Baker,

----------------------------------X

ORDER

04CR 858 (DI)

Defendant having established that she/he is indigent, and there being no claim by the government for forfeiture, defendant is entitled to the return of property seized upon arrest; wherefore:

It is hereby ORDERED:

That the United States Customs Service return to defendant the property. Defendant has provided the United States Customs Service with the name and address of a party to whom the property can be sent on the attached property form. The United States Customs Service is directed to send the property to the person designated within three weeks of the date of this Order.

Dated: Brooklyn, New York
June 29
~~August 31~~, 2005

The Honorable DORA L. IRIZARRY
United States District Judge
Eastern District of New York